**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BEVERLY FORD GREENE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:26-cv-02228-JDW** |
| | : | |
| **CHERYL DENNIS,** ***et al.*****,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this 7th day of October, 2026, upon consideration of Plaintiff Beverly Ford Greene's *pro se* Third Amended Complaint (ECF No. 9) it is **ORDERED** that the Third Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the accompanying Memorandum.

It is **FURTHER ORDERED** that the Clerk Of Court shall **TERMINATE** the following as Defendants: Juber Ahmed; Jeffrey Easter; AFSCME Local 2187; and Tammy Murphy.

It is **FURTHER ORDERED** that Ms. Greene may file a fourth amended complaint on or before November 6, 2026. Any fourth amended complaint must identify all defendants in the caption of the fourth amended complaint in addition to identifying them in the body of the fourth amended complaint and shall state the basis for Ms. Greene's claims against each defendant. The fourth amended complaint shall be a complete document that does not rely on the initial Complaint, a subsequently filed Amended Complaint, or other papers filed in this case. When drafting her fourth amended complaint, Ms. Greene should be mindful of my reasons for dismissing the claims in her Third Amended

Complaint as explained in the accompanying Memorandum. Upon the filing of a fourth amended complaint, the Clerk shall not make service until I so order.

It is **FURTHER ORDERED** that the Clerk of Court shall send Ms. Greene a blank copy of this Court's current standard form to be used by a self-represented litigant filing an employment discrimination action bearing civil action number for this case. Ms. Greene may use this form to file her fourth amended complaint if she chooses to do so.

If Ms. Greene does not wish to further amend her claims and instead intends to stand on her Third Amended Complaint as originally pled, she may file a notice with the Court on or before November 6, 2026, stating that intent, at which time the Court will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Third Amended Complaint," and shall include the civil action number for this case.

If Ms. Greene fails to file any response to this Order, I will conclude that Ms. Greene intends to stand on her Third Amended Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**